United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETE ROOKE,

        Plaintiff,

    v.

,

        Defendant.

Case No.  14-cv-02901-JD

**ORDER OF DISMISSAL**

This case was opened when plaintiff wrote a letter to the court regarding medical care.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application.  A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

Plaintiff has not filed a complaint or an application to proceed IFP, however he has filed a letter seeking a stay or for the case to be dismissed without prejudice while he exhausts administrative remedies.  This case is therefore **DISMISSED** without prejudice.  No fee is due.  The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated:  September 3, 2014

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROOKE, et al.,

               Plaintiff,

      v.

,

               Defendant.

Case No.  14-cv-02901-JD

**CERTIFICATE OF SERVICE**

       I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

       That on 9/4/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pete  Rooke ID: C76159
San Quentin State Prison
San Quentin, CA 94974

Dated: 9/4/2014

Richard W. Wieking
Clerk, United States District Court

By _Lisa R. Clark_ __
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO